RIEMER, Appellant, v. CRAYTON and others, Defendants: CITY OF MILWAUKEE, Respondent.

*No. 223. Submitted January 5, 1973.—Decided January 30, 1973.*

For the appellant the cause was submitted on the brief of *Charlton, Yanisch, Greco & Roffa,* attorneys, and *Earl A. Charlton* and *Carlton Roffa* of counsel, all of Milwaukee.

For the respondent the cause was submitted on the brief of *C. Donald Straub Law Office,* attorneys, and *C. D. Straub* of counsel, all of Milwaukee.

PER CURIAM. Not every violation of a statute is negligence per se. Only where the statute is a "safety statute," designed to protect a class of persons from a par-

ticular type of harm, is a violation negligence per se, and then only when the violation results in that type of harm to someone in the protected class. *Meihost v. Meihost* (1966), 29 Wis. 2d 537, 139 N. W. 2d 116. We agree with the trial judge that the compulsory school attendance laws are not safety statutes.

The order is affirmed.